IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRENT BAILEY,<br><br>    Defendant. | 4:12CR3034<br><br><br>PRELIMINARY ORDER OF<br>FORFEITURE |

This matter is before the Court on the United States' motion for issuance of a preliminary order of forfeiture (filing 29). The Court has reviewed the record in this case and finds as follows:

1. The defendant pled guilty to Count I and the Forfeiture Allegation of the Indictment (filing 1). Count I charged the defendant with the receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2). The Forfeiture Allegation sought the forfeiture, pursuant to 18 U.S.C. § 2253, of one Dell Desktop computer, Service Tag HHSYPN1, containing one Seagate 500 GB hard drive, serial number 5VMHYBZS.

2. By virtue of his plea of guilty, the defendant forfeits his interest in the above-described properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C. § 2253.

3. The United States' motion for issuance of a preliminary order of forfeiture should be granted.

Accordingly,

IT IS ORDERED:

1. The United States' motion for issuance of a preliminary order of forfeiture (filing 29) is granted.

2. Based upon the Forfeiture Allegation of the Indictment and the defendant's plea of guilty, the United States is hereby authorized to seize one Dell Desktop computer, Service Tag HHSYPN1, containing one Seagate 500 GB hard drive, serial number 5VMHYBZS.

3. The defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 2253.

4. The above properties are to be held by the United States in its secure custody and control.

5. Pursuant to 18 U.S.C. § 2253, the United States shall forthwith publish for at least 30 consecutive days on an official Government internet site, www.forfeiture.gov, the following: notice of this Order; notice of publication evidencing the United States' intent to dispose of the properties in such manner as the Attorney General may direct; and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject properties must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. Said published notice shall state that the petition referred to in paragraph 5, above, shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties; shall be signed by the petitioner under penalty of perjury; and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject properties and any additional facts supporting the petitioner's claim and the relief sought.

7. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

8.    Upon adjudication of all third-party interests, this Court will enter a final order of forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

Dated this 31st day of July, 2012.

                    BY THE COURT:

                    _____
                    John M. Gerrard
                    United States District Judge